IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYNCHVIEW TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | C.A. NO. 1:19-cv-00383-CFC <br><br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SynchView Technologies, LLC ("Plaintiff") and Defendant Charter Communications, Inc., ("Defendant") hereby stipulate to the dismissal of all claims asserted in this action with prejudice, with each party bearing its own costs, expenses, and attorney fees.

Dated: May___, 2019               Respectfully submitted,

  */s/ Stamatios Stamoulis*                   */s/Kelly E. Farnan*
Stamatios Stamoulis (#4606)          Kelly E. Farnan (#4395)
Richard Weinblatt (#5080)            Richards, Layton & Finger, P.A.
STAMOULIS & WEINBLATT LLC            One Rodney Square
Two Fox Point Centre                 920 N. King Street
6 Denny Road, Suite 307              Wilmington, DE 19801
Wilmington, DE 19809                 (302) 651-7700
(302) 999-1540                       farnan@rlf.com
stamoulis@swdelaw.com
weinblatt@swdelaw.com                *Of Counsel:*

*Of Counsel:*                        Thomas L. Duston
                                     MARSHALL, GERSTEIN & BORUN LLP
Daniel A. Kent                       233 South Wacker Drive
Stephen R. Risley                    6300 Willis Tower
Cortney S. Alexander                 Chicago, IL 60606
KENT & RISLEY LLC                    (312) 474-6300
5755 North Point Parkway, Suite 57   tduston@marshallip.com
Alpharetta, GA 30022
                                     *Attorneys for Defendant*
*Attorneys for Plaintiff*

**SO ORDERED** this ____ day of _____, 2019.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

    */s/Stamatios Stamoulis*
    Stamatios Stamoulis (No. 4606)

.